UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES FIRE ETC.,          )
                                  )
                                  )
            Plaintiff,            )
                                  )      1:06-CV-848 OWW DLB
      v.                          )
                                  )      ORDER DISMISSING ACTION
THE ROMAN CATHOLIC BISHOP         )      FOR LACK OF PROSECUTION
                                  )
                                  )
            Defendant.            )
                                  )
                                  )
_____)
```

The parties having failed to submit settlement documents and having failed to appear at the show cause hearing;

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to comply with the court's order to complete and file settlement documents.

IT IS SO ORDERED.

**Dated:   August 15, 2007**              /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE